# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moberly, Robyn L. | U.S. Bankruptcy Court for the Southern District of Indiana | 11/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge- Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

317 Birch Bayh Federal Building and Federal Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Indiana University McKinney School of Law Alumni Association |
| 2. | President | Indianapolis Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 11/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Whitham Hebenstreit and Zubek, attorneys at law |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Indianapolis Bar Association | February 2-6, 2016 | San Diego, CA | American Bar Associaiton Midyear Meeting | airfare, hotel, registration fee, meals while at conference, taxi to and from airport |
| 2. | Indianapolis Bar Association | March 16-17, 2016 | Chicago, IL | ABA Bar Leader Institute | Hotel, meals, and registration |
| 3. | Indianapolis Bar Association | June 16-18, 2016 | French Lick, Ind | Inidpls. Bar Association Bench Bar Conference | hotel, registration fee, meals while at conference |
| 4. | Indianapolis Bar Association | August 1-8, 2016 | San Francisco, CA | National Conference of Bar Presidents | airfare, hotel, registration fee, meals while at conference, taxi to and from airport |
| 5. | Indianapolis Bar Association | August 25, 2016 | French Lick, Ind | IBA Strategic Planning Meeting | Hotel and meals while at the meeting |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 11/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Indianapolis Bar Association | gift certificate for service as Bar Association president, and a momento gavel | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | consumer credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock | D | Dividend | M | T | | | | | |
| 2. American Electric Power | A | Dividend | J | T | | | | | |
| 3. Frontier Communications(Y) | | | | | | | | | |
| 4. Wells Fargo & Co. | C | Dividend | M | T | | | | | |
| 5. Verizon | A | Dividend | J | T | | | | | |
| 6. Moberly Investments LLC | A | Distribution | L | U | | | | | |
| 7. Coca Cola Co. | B | Dividend | K | T | | | | | |
| 8. Eli Lilly Co. | A | Dividend | K | T | | | | | |
| 9. IBM | C | Dividend | L | T | | | | | |
| 10. Kimberly Clark | A | Dividend | K | T | | | | | |
| 11. Merck | B | Dividend | K | T | | | | | |
| 12. Chevron | D | Dividend | M | T | | | | | |
| 13. Exxon Mobil | C | Dividend | M | T | | | | | |
| 14. GE | B | Dividend | K | T | | | | | |
| 15. Public Storage (REIT) | B | Distribution | L | T | | | | | |
| 16. Value Line Larger Companies Fund | A | Dividend | L | T | | | | | |
| 17. Fidelity Diversified International Fund. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Merrill Lynch Bank Deposit | B | Interest | M | T | | | | | |
| 19. DTE Energy Corp. | A | Dividend | J | T | | | | | |
| 20. Piedmont Natural Gas (Y) | A | Dividend | | | Sold | 10/04/16 | J | D | |
| 21. Southern Company | A | Dividend | J | T | | | | | |
| 22. Cert of Deposit American Express Bank Salt Lake City UT municipal bond | A | Interest | K | T | | | | | |
| 23. Bank of America Corp | A | Dividend | K | T | | | | | |
| 24. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 25. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 26. CNO Financial Group, Inc. | A | Dividend | J | T | | | | | |
| 27. Southwest Airlines | A | Dividend | J | T | | | | | |
| 28. Travelers Co. | A | Dividend | J | T | | | | | |
| 29. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 30. AllianceBernstein Global Thematic Growth Fund Cl A | | None | J | T | | | | | |
| 31. Nuveen Investment Quality Municipal Fund | A | Dividend | J | T | | | | | |
| 32. Express Scripts Holding Co | A | Dividend | J | T | | | | | |
| 33. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 34. American Growth Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Capital | A | Int./Div. | K | T | | | | | |
| 36. American Capital World Growth & Income | A | Int./Div. | K | T | | | | | |
| 37. Clearbridge Aggressive Growth | | None | K | T | | | | | |
| 38. CD- Synchrony BK FKA GE | A | Int./Div. | J | T | | | | | |
| 39. CD-Synchrony BK FKA GE | A | Int./Div. | J | T | | | | | |
| 40. American Airlines Group (x) | A | Dividend | K | T | | | | | |
| 41. General Motors Common shares | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Funds- Rising Dividend Fund A | A | Dividend | J | T | | | | | |
| 43. Oppenheimer Funds- Equity Fund A | A | Dividend | K | T | | | | | |
| 44. Oppenheimer Funds- Capital Appreciation Fund A | A | Dividend | J | T | | | | | |
| 45. Oppenheimer Funds-International Growth Fund A | A | Dividend | J | T | | | | | |
| 46. Apple, Inc. | A | Dividend | L | T | | | | | |
| 47. Regions Banks Checking and savings | A | Interest | J | T | | | | | |
| 48. BMO Harris Bank | A | Int./Div. | J | T | | | | | |
| 49. Alphabet Inc | | None | L | T | Buy | 02/16/16 | K | | |
| 50. Cert Deposit Citi Bank | A | Interest | K | T | | | | | |
| 51. Cert Deposit American Express | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Low Priced Stock Fund (Y) | A | Dividend | J | T | | | | | |
| 53. Wells Fargo Advantage Capital Growth I (Y) | A | Dividend | K | T | | | | | |
| 54. Blackrock Large Cap Value Retirement K | A | Dividend | K | T | | | | | |
| 55. PIMCO Total Return Inst'l | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 11/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, former lines 26, 27, 28, and 29 in 2015 showed the following holdings: Fidelity Low-Priced Stock Fund, Wells Fargo Advantage Capital Growth I, Blackrock Large Cap Value Retirement, and PIMCO Total Return Instl. They are now listed on lines 52-55, inclusive. These investments were all held in my Indiana State "START" Account, which was my tax deferred state retirement account from when I was a state court judge. To simplify my finances, I transferred all of the value from the State of Indiana START account to my federal government Thrift Savings Account on May 2, 2016. Therefore, these holdings were not listed in 2016 because they are now entirely a part of my TSP account but should have been listed with the designation "Y" after each. I should have explained why they are no longer listed.

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 11/29/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544